IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**JON RILEY HAYS,**

**Defendant.**                                              No. 01-CR-30032-DRH

## ORDER

**HERNDON, Chief Judge:**

      On October 29, 2007, the Court held a hearing on a request for early termination of supervision (Doc. 30). Based on the reasons stated on the record, the Court **GRANTS** the request for early termination of supervision.

      **IT IS SO ORDERED.**

      Signed this 29th day of October, 2007.

      /s/          DavidRHerndon
      **Chief Judge**
      **United States District Court**